CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 18 2010

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 5:06cr00037-3 |
| ) | |
| v. ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| JOSE LUIS MORALES. ) | |
| ) | **2255 FINAL ORDER** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Morales' motion pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Morales has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

Morales is advised that he may appeal the denial of his motion pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 18th day of March, 2010.

_____
United States District Judge